# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TIMOTHY W. MORRIS,

       Petitioner,

v.                                                                      Case No:   6:26-cv-234-CEM-LHP

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,

       Respondent

---

## ORDER

Before the Court is a Motion to Seal, by which Plaintiff Timothy W. Morris, proceeding *pro se*, seeks to permanently seal or expunge his entire case.   Doc. No. 11.   Plaintiff contends that sealing is necessary because his case was transferred to the Middle District of Florida against his request and he never sought to obtain relief from this Court.   *Id.*   On review, the motion (Doc. No. 11) is **DENIED without prejudice**, because it does not include a memorandum of legal authority as required by Local Rule 3.01(b) and does not comply with the requirements for a motion to seal pursuant to Local Rule 1.11.   *Id.*   *See Moon v. Newsome*, 863 F.2d 835, 836 (11th Cir. 1989) (A *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

Any renewed motion must comply in full will all applicable Local Rules, and provide legal authority demonstrating that sealing an entire case is appropriate under governing law.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties

- 2 -